UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

**FILED**
JUN 0 2 2021
**U.S. CLERK'S OFFICE
INDIANAPOLIS, INDIANA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CAUSE NO. 1:21-cr-0168 SEB-MJD |
| ) | |
| KELVIN HENDERSON, ) | |
| ) | |
| Defendant. ) | |

## INDICTMENT

The Grand Jury charges that:

### COUNT 1
18 U.S.C. § 922(a)(6)
Making a False Statement during Purchase of a Firearm

Between April 2, 2021 and April 26, 2021, in the Southern District of Indiana, KELVIN HENDERSON, the defendant herein, in connection with the acquisition of a firearm, to wit: a Ruger AR-556 pistol bearing serial number 859-22959; and/or a Glock Model 19 BTCE769 pistol bearing serial number BTCE769; and/or a Glock Model 19 pistol bearing serial number BTED770; and/or a Glock Model 19 pistol bearing serial number BN9X921; and/or a Glock Model 19 pistol bearing serial number BTUB530; and/or a Glock G26 pistol bearing serial number BTEY916; and/or a Glock G45 Gen 5 pistol bearing serial number AFHP445, from Shoot Point Blank LLC, a licensed firearms dealer within the meaning of Chapter 44, Title 18, United States Code, did knowingly make a false and fictitious written statement to Shoot Point Blank LLC, which statement was intended and likely to deceive Shoot Point Blank LLC, as to a material fact to the lawfulness of such acquisition of the said firearm to the defendant under chapter 44 of Title 18, in that the defendant did falsely declare on an ATF Form 4473, Firearms

Transaction Record, that he was the actual transferee/buyer of the firearm.

All in violation of Title 18, United States Code, Section 922(a)(6).

### COUNT 2
### 18 U.S.C. § 924(a)(1)(A)
Making a False Statement with Respect to Information Required to be kept by Licensed Firearms Dealers

Between April 2, 2021 and April 26, 2021, in the Southern District of Indiana, KELVIN HENDERSON, the defendant herein, did knowingly make a false statement and representation to Shoot Point Blank LLC, a licensed firearms dealer under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of Shoot Point Blank LLC, in that the defendant did falsely declare on an ATF Form 4473, Firearms Transaction Record, that he was the actual transferee/buyer of a Ruger AR-556 pistol bearing serial number 859-22959; and/or a Glock Model 19 BTCE769 pistol bearing serial number BTCE769; and/or a Glock Model 19 pistol bearing serial number BTED770; and/or a Glock Model 19 pistol bearing serial number BN9X921; and/or a Glock Model 19 pistol bearing serial number BTUB530; and/or a Glock G26 pistol bearing serial number BTEY916; and/or a Glock G45 Gen 5 pistol bearing serial number AFHP445.

All in violation of Title 18, United States Code, Section 924(a)(1)(A).

## FORFEITURE ALLEGATION

1. The allegations contained in this indictment are realleged as if fully set forth herein, for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924 and Title 28, United States Code, Section 2461(c).

2. If convicted of an offense set forth in this Indictment, Defendant herein shall forfeit to the United States any firearm or ammunition involved in or used in such offense.

A TRUE BILL



JOHN E. CHILDRESS
Acting United States Attorney

By: _____
Lawrence D. Hilton
Assistant United States Attorney